February 23, 2010

Mr. Robert Lee Eden
Matthews Stein Shiels Pearce
Knott Eden & Davis
8131 LBJ Freeway, Suite 700
Dallas, TX 75251
Ms. Donna C. Kline
16144 Bethel Road
Montgomery, TX 77356

RE: Case Number: 09-1076
 Court of Appeals Number:
 Trial Court Number:

Style: IN RE AUER CORPORATION AND RAYMOND TEAGUE "AUER HOTEL
 CONSTRUCTION" LITIGATION

Dear Counsel:

 Today the Multidistrict Litigation Panel issued the enclosed opinion
in the above-referenced case.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Multidistrict Litigation Panel |
| |(via email) |